IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FEDERAL HOME LOAN MORTGAGE     *
CORPORATION AS TRUSTEE FOR THE
BENEFIT OF FREDDIE MAC SEASONED     *
LOANS STRUCTURED TRANSCATION        Case No.  5:26-CV-157 (CAR)
TRUST, SERIES 2020-2,     *

       Plaintiff,     *

v.

    *

AUSTIN DENNIS III ,

       Defendant.

**J U D G M E N T**

Pursuant to this Court's Order dated April 28, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered remanding this case to the Magistrate Court of  Putnam County, Georgia.

This 28th day of April, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk